**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JULIAN CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-347 (KBJ) |
| ) | |
| NOT-FOR-PROFIT HOSPITAL ) | |
| CORPORATION D/B/A UNITED ) | |
| MEDICAL CENTER, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF NEW AUTHORITY**

Plaintiff Julian Craig respectfully provides notice to the Court of a recent decision in *Lott v. Not-For-Profit Hosp. Corp.*, 16-cv-1546 (APM), 2019 WL 1082571 (D.D.C. Mar. 7, 2019). In the decision, Judge Mehta rejected many of the same arguments that UMC advanced in this litigation surrounding sovereign immunity. The Court's opinion is entirely consistent with the arguments that Plaintiff advanced in his briefing, including in Section III.A of his Opposition to Defendants' Motions to Dismiss, as well as at oral argument earlier this year.

Date: May 10, 2019

Respectfully submitted,

*/s/ Debra S. Katz*
Debra S. Katz (DC Bar 411861)
Lisa J. Banks (DC Bar 470948)
Katz, Marshall & Banks, LLP
1718 Connecticut Ave. NW, 6th Fl.
Washington, DC 20009
(202) 299-1140
katz@kmblegal.com
banks@kmblegal.com

*/s/ Stephen Z. Chertkof*
Stephen Z. Chertkof (DC Bar 451713)
Julia T. Quinn (DC Bar 1031695)
Heller, Huron, Chertkof & Salzman PLLC
1730 M Street, NW, Suite 412
Washington, DC 20036
(202) 293-8090
stephen@hellerhuron.com
quinn@hellerhuron.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of May, 2019, this document was electronically filed using the CM/ECF system, which sent notice of the filing to counsel for all three defendants.

*/s/ Stephen Z. Chertkof*
