# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN LOTT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:16-cv-01546-APM |
| | ) |
| NOT-FOR-PROFIT HOSPITAL | ) |
| CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that The defendant Not-For-Profit Hospital Corporation ("NFPHC") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit, the District Court's March 7, 2019, Memorandum Opinion and Order (ECF No. 57) denying NFPHC's Motion for Judgment on the Pleadings seeking dismissal of Count III of the Second Amended Complaint for lack of subject matter jurisdiction on sovereign immunity grounds.

                                                  Respectfully submitted,

                                                  */s/ Michael E. Barnsback*
                                                  Michael E. Barnsback (Federal Bar No. VA015)
                                                  O'HAGAN MEYER, PLLC
                                                  2560 Huntington Avenue, Suite 204
                                                  Alexandria, VA  22303
                                                  (703) 775-8601
                                                  mbarnsback@ohaganmeyer.com


                                                  *Counsel for Defendant Not-for-Profit Hospital Corporation*

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 8th day of April 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Michael E. Barnsback*
Michael E. Barnsback
